**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANGELA HULTZ,**

           **Plaintiff,**

-vs-                                              **Case No.  6:07-cv-1101-Orl-22DAB**

**MIDLANTIC MARKETING SOLUTIONS, INC.,**

           **Defendant.**

_____

**ORDER**

This cause is before the Court on the Report and Recommendation (Doc. No. 21) filed on October 24, 2007.

The United States Magistrate Judge has submitted a report recommending that the Court dismiss the case without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

After an independent *de novo* review of the record in this matter, and noting that both parties filed Notices of No Objection (Doc. Nos. 22 and 23), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed October 24, 2007 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2.      The case is hereby **DISMISSED without prejudice** subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

      3.      The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 6, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge